# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DONNA MARIE WILLIAMSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JOHN P. WILLIAMSON, JR., | : | No. 752 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE, T/D/B/A LIBERTY MUTUAL GROUP, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.